PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: John Edward Howard                    Case Number: 3:10CR00281-01

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, Chief U.S. District Judge

Date of Original Sentence: April 28, 2011

Original Offense: Sale of Counterfeit Federal Reserve Notes

Original Sentence: 3 years' probation

Type of Supervision: Probation                         Date Supervision Commenced: April 28, 2011

Assistant U.S. Attorney: To Be Determined              Defense Attorney: Richard Tennett

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 13 day of Feb, 2013, and made a part of the records in the above case.

_____
Honorable Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    February 7, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**        **The defendant shall refrain from any unlawful use of a controlled substance:**

On December 27, 2012, and February 6, 2013, Mr. Howard submitted urine samples at the probation office, which tested positive for marijuana. Mr. Howard admitted that he had used marijuana prior to both tests.

**Compliance with Supervision Conditions and Prior Interventions:**

On May 16, 2012, a 12A petition was submitted notifying the Court of drug use and driving on a suspended license. It was recommended no action be taken at that time. Said petition was signed by Your Honor on May 18, 2012.

John Howard is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since April 28, 2011. He is employed with Mid-South Carpenters, Nashville, Tennessee. He lives with his sister in Madison, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence. Mr. Howard participates in group substance abuse counseling at Centerstone, Madison, Tennessee on a twice monthly basis.

This probation officer issued a verbal reprimand to Mr. Howard for violating his conditions of supervised release by using illegal drugs. Mr. Howard was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Ms. Howard understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Howard's substance abuse counseling and drug testing will be increased to the most intensive level as a result of this new violation.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Howard continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer