# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

JOHN EDWARD HOWARD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    3:10-00281
USM Number:    20459-075

Richard L. Tennent
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __One (1) through Seven (7)__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance | May 29, 2013 |
| 2 | Defendant shall participate in a program of drug testing at the direction of the Probation Officer | March 18, 2013 |
| 3 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance | June 11, 2013 |
| 4 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance | June 20, 2013 |
| 5 | Defendant shall not commit another federal, state, or local crime | Sept. 27, 2013 |
| 6 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance | Jan. 16, 2014 |
| 7 | Defendant shall participate in a program of drug testing at the direction of the Probation Officer | Jan. 13, 2014 |

     The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __2152__

Defendant's Year of Birth: __1979__

City and State of Defendant's Residence:
     Madison, Tennessee

February 27, 2014
Date of Imposition of Judgment

*/s/ Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

February 27, 2014
Date

DEFENDANT:     JOHN EDWARD HOWARD                              Judgment — Page 2 of 2
CASE NUMBER:   3:10-00281

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     two (2) months

No period of Supervised Release is imposed.

___  The Court makes the following recommendations to the Bureau of Prisons:

___  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

  ___  at _____ p.m. on _____

  ___  as notified by the United States Marshal.

 X   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  X   before 2 p.m. on   March 28, 2014

  ___  as notified by the United States Marshal.

  ___  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal